# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00488-CV

## In re Panther Creek Transportation, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed an unopposed motion to dismiss its petition for writ of mandamus, informing the Court that the parties have reached a Rule 11 agreement regarding the discovery that was the subject of the mandamus petition. Accordingly, we grant the motion and dismiss as moot the petition for writ of mandamus.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Filed: October 7, 2021